

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2011 MAY 19 P 2:53

SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

| Amber Gascho, et al. | : | Case No. 2:11 cv 436 |
|---|---|---|
| v. | : | Judge: |
| Global Fitness Holdings, LLC | : | Corporate Disclosure Statement |

JUDGE FROST
MAGISTRATE JUDGE DEAVERS

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Global Fitness Holdings, LLC.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

___ YES ✓ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

___ YES ✓ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

Signature of Counsel

May 19, 2011
Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT**

**CERTIFICATE OF SERVICE**

I certify that on May 19, 2011, a true and accurate copy of the foregoing **Corporate Disclosure Statement** was served by first class mail, postage prepaid, upon:

Thomas N. McCormick (0075496)
tnmccormick@vorys.com
John M. Kuhl (0080966)
jmkuhl@vorys.com
Kenneth J. Rubin (0077819)
kjrubin@vorys.com
VORYS, SATER, SEYMOUR & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43215-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6350

*Attorneys for Plaintiffs*

One of the Attorneys for Defendant