```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION (COLUMBUS)
```

**AMBER GASCHO,** *et al.*,
**on behalf of themselves and all
others similarly situated,**

       Plaintiffs,              CASE NO. 2:11-CV-00436
                                      JUDGE SMITH
                                      MAGISTRATE JUDGE KING
   v.

**GLOBAL FITNESS HOLDINGS, LLC,**

       Defendant.

## ENTRY OF DISMISSAL
## WITHOUT PREJUDICE

FOR GOOD CAUSE SHOWN, and through agreement of all parties, the Court hereby dismisses all claims brought by Plaintiff Michaela Woolum under Fed. R. Civ. P. 41(a)(2) *without prejudice*.  This Order shall have no effect on any other Plaintiff or any other claim brought in this matter.

      **IT IS SO ORDERED.**


                                                *s/ Norah McCann King*
                                                Norah McCann King
                                                United States Magistrate Judge

January 12, 2012