UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AMBER GASCHO**, *et al.*,

               **Plaintiffs**,

Case No. 2:11-CV-00436
JUDGE SMITH
Magistrate Judge King

    v.

**GLOBAL FITNESS HOLDINGS, LLC,**

              **Defendant.**

## ORDER

    This matter is before the Court for consideration of the United States Magistrate Judge's September 3, 2013 Report and Recommendation (Doc. 95) recommending the denial of the Motion to Intervene (Doc. 89) filed by the named plaintiffs in *Robins v. Global Fitness Holdings, LLC*, No. 1:11-cv-1373 (N.D. Ohio) (the "Movants").

    The Report and Recommendation specifically advises the Movants that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court."  (Report and Recommendation at 12).  The time period for filing objections to the Report and Recommendation has expired.  Movants have not objected to the Report and Recommendation.

    The Court has reviewed the Report and Recommendation.  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation.  Accordingly, the Motion to Intervene is **DENIED**.

    The Clerk shall remove Document 89 from the Court's pending motions list.

2

**IT IS SO ORDERED.**

*s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**