UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMBER GASCHO, *et al.*,
on behalf of themselves and all
others similarly situated,

        Plaintiffs,

        v.

GLOBAL FITNESS HOLDINGS, LLC,

        Defendant.

Case No.: 2:11-CV-00436
JUDGE SMITH
Magistrate Judge King

## SCHEDULING ORDER

This matter is before the Court on the Motion to Intervene by Movants Robert J. Zik, April Zik, and James Michael Hearon. (Doc. 102). However, prior to the filing of this Motion, the current parties to the case filed a Joint Motion for Settlement Preliminary Approval. (Doc. 97). The parties have indicated their desire for the Court to expeditiously approve this Joint Motion so as to avoid having to continue to litigate similar cases in multiple jurisdictions. Therefore, due to the time sensitive nature of this matter, the parties shall file any opposition to the Motion to Intervene on or before Friday, September 27, 2013. No reply shall be filed.

If the Motion to Intervene is granted, then the Intervenors wish for the Court to file their Objection to the Joint Motion for Settlement Preliminary Approval (attached as Exhibit A to the Motion to Intervene). If the Objection is ultimately filed, then the parties Response to the Objection shall be filed on or before Friday, October 4, 2013.

**IT IS SO ORDERED.**

                                 *s/ George C. Smith*
                                 **GEORGE C. SMITH, JUDGE**
                                 **UNITED STATES DISTRICT COURT**