## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION
## COLUMBUS, OHIO

| | | |
|---|---|---|
| AMBER GASCHO, *et. al.,* | : | |
| Plaintiffs | : | Case No.:  2:11-cv-436 |
| v. | : | Judge George C. Smith |
| GLOBAL FITNESS HOLDINGS, LLC., | : | Magistrate King |
| Defendant | : | |

## NOTICE OF APPEARANCE OF COUNSEL
## THEODORE J. FRONCEK ON BEHALF OF OBJECTOR JOSH BLACKMAN

Comes now Theodore J. Froncek, Attorney at Law, who now enters his appearance as

trial attorney in the above-captioned matter on behalf of objecting class member Josh Blackman.


s/Theodore J. Froncek
Theodore J. Froncek
Ohio Reg. No.:  016116
1208 Sycamore Street
Cincinnati, Ohio  45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net

*Attorney for Objector Josh Blackman*

**CERTIFICATE OF SERVICE**

   I certify that pursuant to Local Rule 5.2(b), I have filed the foregoing document through the Court's ECF system, which has effectuated service of this Notice of Appearance of Counsel to all attorneys of record in this matter.


         s/Theodore J. Froncek      
         Theodore J. Froncek