# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION (COLUMBUS)

| | |
|---|---|
| AMBER GASCHO, *et al.,*  Plaintiffs,  v.  GLOBAL FITNESS HOLDINGS, LLC,  Defendants. | Case No: 2:11-cv-436  Judge Smith  Magistrate Judge King |

## DECLARATION OF JOSHUA BLACKMAN

Adam E. Schulman (admitted *pro hac vice*)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW
Washington, DC 20036
Phone: (610) 457-0856
Email: shuyande24@gmail.com

Theodore J. Froncek
1208 Sycamore Street
Cincinnati, Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net

Attorneys for Objector Joshua Blackman

## DECLARATION OF JOSHUA BLACKMAN
## IN SUPPORT OF OBJECTION

I, Joshua Blackman, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. My current home address is 7009 Almeda Road, Apt. 1032, Houston, TX 77054. My telephone number is (202) 294-9003. My email address is joshblackman@gmail.com.

3. I am an Assistant Professor of Law at South Texas College of Law, but am objecting in my personal capacity.

### I Am A Member Of The Settlement Class.

4. I am a member of the settlement class in this case.

5. During the 2011-12 term, I served as a law clerk for Judge Danny J. Boggs of the United States Court of Appeals for the Sixth Circuit. During this period of time, I resided in Louisville, Kentucky.

6. In approximately August of 2011, I entered into a membership contract at the Urban Active gym located at 4900 Shelbyville Rd in Louisville, Kentucky. Not long afterward, I cancelled that membership.

7. I am thus a member of both the proposed class at large and the proposed cancellation subclass, with standing to object.

8. Further, I received postcard notice from the settlement administrator on December 2, 2013, which verifies my independent belief that I am a class member. My digit claimant identification number 00451710.

9. Upon receipt of that notice, I took a photograph of the postcard and emailed it to my friend Ted Frank, president of the Center for Class Action Fairness, and asked if he

was interested in the settlement. I've known Ted for several years, and was familiar with his work, but had not seen his blog post discussing this case before I sent him the settlement notice.

10. On December 19th, I submitted a claim form online, with confirmation number 98717513.

11. I may be part of the Facility Improvement Fee subclass, but am uncertain. I do not have any records of which fees I was billed, and the notice did not inform me of subclass membership. Because of my uncertainty, I did not file a claim in this subclass.

12. I object to this settlement on the specific grounds identified in the filing of my attorney, Adam E. Schulman.

13. I bring this objection in good faith in the hopes of enforcing law against approval of unfair settlements. I wish my objection to succeed, and am willing to demonstrate my good faith by stipulating to an injunction barring me from withdrawing my objection in exchange for payment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2013, in Houston, Texas.

_____
Joshua Blackman

## CERTIFICATE OF SERVICE

  I certify that pursuant to Local Rule 5.2(b), I have filed the foregoing document through the Court's ECF system, which has effectuated service of this Declaration upon the following all attorneys of record in this matter.


December 27, 2013             */s/ Adam E. Schulman*
                      Adam E. Schulman