IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AMBER GASCHO,** *et al.***,**

    **Plaintiffs,**

  **vs.**                             **Civil Action 2:11-cv-436**
                                                   **Judge Smith**
                                                   **Magistrate Judge King**

**GLOBAL FITNESS HOLDINGS, LLC,**

    **Defendant.**

## ORDER

On September 30, 2013, the Court preliminarily approved the Settlement Agreement between the parties and scheduled a fairness hearing to be held pursuant to Fed. R. Civ. P. 23(e) on February 13, 2014. *Preliminary Approval Order*, Doc. No. 111. The Court also approved a procedure for objecting to the proposed settlement and/or the award of attorneys' fees and expenses; the Court required that any written statements of objection be filed no later than December 30, 2013. *Id.*; *Scheduling Order*, Doc. No. 113, p. 2.

Two written statements of objection have been filed with the Court. Doc. Nos. 118, 122. The parties may have until January 23, 2014 to file a response, if any, to the objections. The objectors may then have until February 6, 2014 to file a reply.


January 9, 2014                                              s/Norah McCann King
                                                                 Norah M$^c$Cann King
                                                        United States Magistrate Judge