UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMBER GASCHO, et al., ) | |
| ) | |
| Plaintiffs ) | Case No. 2:11-cv-436 |
| ) | |
| v. ) | Judge Smith |
| ) | |
| GLOBAL FITNESS HOLDINGS, LLC, ) | Magistrate Judge King |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

Objectors, Robert J. Zik, April N. Zik, and James Michael Hearon, by and through undersigned counsel, hereby file their Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment, Final Order Approving Class Action Settlement, and the Opinion and Order entered on July 16, 2014, by George C. Smith, Judge, United States District Court for the Southern District of Ohio, Eastern Division, including the Magistrate Judge's Report and Recommendation of April 4, 2014 to approve a class action settlement, which was affirmed and incorporated by the Final Orders and Judgment of July 16, 2014.

The Appellants herein are Robert J. Zik, April N. Zik, and James Michael Hearon. The Appellee is Global Fitness Holdings, LLC.

Respectfully submitted,

/s/ Joshua T. Rose
Joshua T. Rose
Hummel Coan Miller Sage & Rose, LLC
239 South Fifth Street, Suite 1700
Kentucky Home Life Bldg.
Louisville, KY 40202-3268
Tel: (502) 585-3084
jrose@hcmsrlaw.com

/s/ Gregory Belzley
Gregory A. Belzley
P.O. Box 278
Prospect, KY  40059
502/292-2452
gbelzley@aol.com

/s/ Ronna Lucas
Ronna Lucas
Ohio Registration No. 0063304
John E. Stillpass, Attorneys at Law
4901 Hunt Road, Suite 103
Cincinnati, Ohio 45242
Ph. 513.936.0800
Fax 513.794.8800
rlucas@stillpass.com

*Counsel for Appellants, Robert J. Zik, April N. Zik, and James Michael Hearon*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Court and served on all participants in the Court's ECF system in this case on this 30th day of July, 2014.

/s/ Joshua Rose

2