# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION (COLUMBUS)

| | |
|---|---|
| AMBER GASCHO, *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br><br>GLOBAL FITNESS HOLDINGS, LLC,<br><br>             Defendants. | Case No. 2:11-cv-436<br><br>Judge Smith<br><br>Magistrate Judge King |

## NOTICE OF APPEAL

/s/ *Adam E. Schulman*
Adam E. Schulman (admitted *pro hac vice*)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW
Washington, DC 20036
Phone: (610) 457-0856
Email: shuyande24@gmail.com

/s/ *Theodore J. Froncek*
Theodore J. Froncek
1208 Sycamore Street
Cincinnati, Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net

*Attorneys for Objector Joshua Blackman*

Notice is hereby given that objector in the above-named case Joshua Blackman hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Order Approving Class Action Settlement dated July 16, 2014 (Dkt. 147); the Opinion and Order also dated July 16, 2014 (Dkt. 146); the accompanying Final Judgment (Dkt. 148); as well as all orders and opinions that merge therein including the Magistrate Judge's Report and Recommendation dated April 4, 2014 (Dkt. 141).

The appellant is Joshua Blackman. The appellees are the named plaintiffs (Amber Gascho, et al.) and the defendant (Global Fitness Holdings, LLC).

Dated:  August 14, 2014               Respectfully submitted,

*/s/ Adam E. Schulman*
Adam E. Schulman (admitted *pro hac vice*)
CENTER FOR
CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Telephone:  (610) 457-0856
Email:  shuyande24@gmail.com

*/s/ Theodore J. Froncek*
Theodore J. Froncek
Ohio Reg. No.: 016116
1208 Sycamore Street
Cincinnati, Ohio 45202
Phone: (513) 241-5670
Fax: (513) 929-3473
Email: tjfroncek@fuse.net

*Attorneys for Joshua Blackman*

## CERTIFICATE OF SERVICE

 I certify that pursuant to Local Rule 5.2(b), I have filed the foregoing document through the Court's ECF system, which has effectuated service of this Objection upon the following all attorneys of record in this matter.

 I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2014          */s/ Adam E. Schulman*
                   Adam E. Schulman