# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **AMBER GASCHO,** *et al.*, on behalf of themselves and all others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GLOBAL FITNESS HOLDINGS, LLC,** <br><br> **Defendant.** | **CASE NO. 2:11-CV-00436** <br><br> **CHIEF JUDGE SARGUS** <br><br> **MAGISTRATE JUDGE KING** |

## ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court for consideration of Plaintiffs' Motion for Leave to File Under Seal. Upon good cause shown, the Court **GRANTS** the motion. Plaintiffs may file their Memorandum in Opposition to Defendant's Motion for Protective Order and its exhibits under seal.

**IT IS SO ORDERED.**

5-8-17
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**