# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **AMBER GASCHO**, et al.,<br><br>on behalf of themselves and all<br>others similarly situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>**GLOBAL FITNESS HOLDINGS**, LLC,<br><br>             Defendant. | CASE NO. 2:11-CV-00436<br><br>CHIEF JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE KING |

## NON-PARTY TOMI ANNE PULLIAM'S REQUEST FOR SEPARATE HEARING

Now comes Non-Party Tomi Anne Pulliam, by and through undersigned counsel and in response to this Court's July 5, 2017 Order (ECF No. 221), who hereby respectfully requests a separate final hearing on Plaintiffs' Motion for an Order Requiring Tomi Anne Pulliam and Stephen Paul to Appear and Show Cause Why They Should Not Be Held in Civil Contempt (ECF No. 218). Based upon her request for a separate hearing, Non-Party Tomi Anne Pulliam will not appear at the July 7, 2017 Final Hearing.

                                            Respectfully submitted,

                                            /s/ Jonathan R. Secrest
                                            Jonathan R. Secrest (#0075445)
                                            Dickinson Wright PLLC
                                            150 East Gay Street, Suite 2400
                                            Columbus, Ohio 43215
                                            Telephone: (614) 744-2572
                                            Facsimile: (844) 670-6009
                                            jsecrest@dickinsonwright.com
                                            *Trial Attorney for Defendants*

*Global Fitness Holdings, LLC, Non-Party Royce Pulliam, and Non-Party Tomi Anne Pulliam*

David A. Owen (admitted *pro hac vice*)
Dickinson Wright PLLC
300 W. Vine Street, Suite 1700
Lexington, KY 40507
Phone: (859) 899-8707
Facsimile: (844) 670-6009
dowen@dickinsonwright.com
*Trial Attorney for Defendants*
*Global Fitness Holdings, LLC, Non-Party Royce Pulliam, and Non-Party Tomi Anne Pulliam*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2017, the foregoing was filed with the Clerk of the Courts using the CM/ECF system, which will send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jonathan R. Secrest
Jonathan R. Secrest (#0075445)

COLUMBUS 64126-2 72400v1