# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**AMBER GASCHO, et al., On behalf of themselves and all Others similarly situated**

          **Plaintiffs.**

          **v.**

**GLOBAL FITNESS HOLDINGS, LLC,**

          **Defendant.**

**Case No. 2:11-cv-436**

**CHIEF JUDGE EDMUND A. SARGUS, JR.**

**Magistrate Judge Norah McCann King**

## STEPHEN PAUL'S REQUEST FOR SEPARATE HEARING ON SHOW CAUSE AND OBJECTION TO PRELIMINARY INJUNCTION

Stephen Paul, by and through his counsel, requests a separate final hearing at a later date on Plaintiffs' Motion to Show Cause. Stephen Paul further sets forth his preliminary objection to the Entry of a Preliminary Injunction Order against him, based on lack of personal jurisdiction, Plaintiffs' lack of likelihood of success on the merits and lack of irreparable harm, the preliminary injunction is contrary to public policy and the public interest and disregards the interests of third parties. Finally, Stephen Paul objects to the Entry of the Preliminary Injunction since Plaintiff did not in their Motion to Show Cause (ECF No. 218) request injunctive relief.

Respectfully submitted,

/s/ Richard S. Gurbst
Richard S. Gurbst (0017672)
Richard.gurbst@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479 8500
Facsimile: (216) 479 8780

C. Craig Woods (0010732)
Craig.woods@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2825
Fax: (614) 365-2499

Attorneys for Laurence Paul and
Stephen Paul

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served upon counsel of record on July 6, 2017, via this Court's electronic filing system.

*/s/ Richard S. Gurbst*
Richard S. Gurbst (0017672)