# CIVIL MINUTES

2:11-CV-436
Gascho et al. v. Global Fitness Holdings, LLC

# MOTION HEARING

held on Friday, July 7, 2017
9:00 a.m.
before Chief Judge Edmund A. Sargus, Jr.

**For Plaintiff:** Thomas McCormick, John Kulewicz, Mark Troutman

**For Defendant:** David Owen, Richard Gurbst, Christopher Hogan

**Court Reporter: Darla Coulter/Allison Kimmel**

**Law Clerk: Ali Lehman**

**Courtroom Deputy: Melissa Saddler**

| Time | Event |
|---|---|
| 9:05 a.m. | Court addresses all parties. |
| 9:08 a.m. | Defendant calls first witness- Mark Bober<br>Witness sworn in.<br>Direct examination by Mr. David Owen. |
| 10:10 a.m. | Recess |
| 10:25 a.m. | Cross examination of Mr. Bober by Mr. John Kulewicz. |
| 12:04 p.m. | Lunch Recess |
| 1:04 p.m. | Continuation of cross exam of Mr. Bober by Mr. Kulewicz.<br>No Redirect. |
| 1:15 p.m. | Exhibits admitted without objection:<br><br>D.Ex. 10- Utah District Court Docket<br>D.Ex. 11- Amendment #3 to Asset Purchase Agreement |

        P.Ex. 12- Expert Report of Mark B. Bober
        P.Ex. 13- Exerpts from Mr. Bober's website
        P.Ex. 14- Global Fitness Holdings 2011-2014 Tax Returns
        P.Ex. 15- Year-End Year-Round Tax Planning 2011-2014
        P.Ex. 16- Year-End Year-Round Tax Planning Guide 2014
        P.Ex. 18- Spreadsheet- GFH 2014

        Court advised both parties to submit written briefs to the court within one week of today's hearing. Responses will be due one week later.

1:20 p.m.    Court recessed.