UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMBER GASCHO, et al.,
On behalf of themselves and all
others similarly situated

        Plaintiffs,

v.

GLOBAL FITNESS HOLDINGS, LLC,

        Defendant.

Case No. 2:11-cv-436
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

This Order memorializes a final hearing that came before the Court on July 7, 2017 on Plaintiffs' Motion for an Order Requiring Global Fitness Holdings, LLC, Royce Pulliam, and Laurence Paul to Appear and Show Cause Why They Should Not Be Held in Civil Contempt, which was held on the record. (ECF No. 197.)  All parties were represented by counsel.  In lieu of oral summations at the close of the hearing, the parties agreed to simultaneously submit written briefs summarizing their final arguments to the Court by Friday, July 14, 2017, and any responses by the following Friday, July 21, 2017.

**IT IS SO ORDERED.**

7-7-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE