UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMBER GASCHO, et al.,
On behalf of themselves and all
others similarly situated

        Plaintiffs,                Case No. 2:11-cv-436
v.                                     CHIEF JUDGE EDMUND A. SARGUS, JR.
                                         Magistrate Judge Norah McCann King

GLOBAL FITNESS HOLDINGS, LLC,

        Defendant.

## OPINION & ORDER

This matter is before the Court on Stephen Paul's Request for Separate Hearing on Show Cause and Objection to Preliminary Injunction (ECF No. 224) and Tomi Anne Pulliam's Request for Separate Hearing (ECF No. 222).

Plaintiffs filed a motion on June 13, 2017 asking the Court to order Tomi Anne Pulliam and Stephen Paul, as former managers of Global Fitness Holdings, LLC, to appear and show cause why they should not be held in civil contempt. (ECF No. 218.) Tomi Anne Pulliam and Stephen Paul filed responses in June 23, 2017. (ECF Nos. 219, 220.) A final hearing was held on July 7, 2017 on Plaintiffs' related motion with respect to Global Fitness Holdings, LLC, and its other two owners/mangers Royce Pulliam and Laurence Paul. On July 5, 2017, the Court ordered Tomi Anne Pulliam and Stephen Paul to appear show cause why they should not be held in civil contempt, and allowed them the choice of either appearing at the July 7 hearing or requesting their own separate hearing. (ECF No. 221.) In response, Tomi Anne Pulliam and Stephen Paul filed the instant requests for a separate hearing.

Before this matter is set for a hearing, Tomi Anne Pulliam and Stephen Paul **SHALL NOTIFY** the Court within seven (7) days if they wish to rest on the evidence adduced at the

final hearing held on July 7, 2017 (in addition to the evidence presented at the initial hearing on May 15, 2017). If the parties renew their request for a separate hearing, the Court will issue an expedited briefing schedule and set the matter for a hearing forthwith.

With respect to Stephen Paul's Objection to Preliminary Injunction, Mr. Paul argues that Plaintiffs did not request injunctive relief in their Motion to Show Cause and that its entry is contrary to public policy and the Court's personal jurisdiction over Mr. Paul. (ECF No. 224 at 1.) Plaintiffs have alleged that "the evidence supporting the preliminary injunction . . . against Royce Pulliam and Laurence Paul is identical and equally applicable to Tomi Anne Pulliam and Stephen Paul." (ECF No. 218 at 4.) In his response, Mr. Paul presents no facts that would distinguish him from Royce Pulliam or Laurence Paul and lead to a different outcome. Because the Court finds no reason why Stephen Paul and Tomi Anne Pulliam, as equal members of Global Fitness during the relevant time period, should not be subject to the same treatment as fellow members Royce Pulliam and Laurence Paul, Mr. Paul's objection is **OVERRULED**.

**IT IS SO ORDERED.**

7-11-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE