

Schneider Downs & Co., Inc.
One PPG Place, Suite 1700
Pittsburgh, PA  15222-5416
(412)261-3644
http://www.schneiderdowns.com

Vorys, Sater, Seymour and Pease LLP
c/o Mr. Thomas N. McCormick
52 E Gay St
Columbus, OH  43215

Invoice No.     A015505
Date            05/17/2017
Client No.      44671

Payable within 10 days

Fee for services rendered through May 17, 2017 in connection with:

| Date | Staff | Description | Hours |
|---|---|---|---|
| 05/04/2017 | Joseph J. Patrick | Meeting with counsel and beginning work on the project; discuss project with Tom Pratt | 3.00 |
| 05/04/2017 | Thomas D. Pratt | Review ▇▇▇▇, draft engagement letter and discuss with Joe Patrick | 1.00 |
| 05/04/2017 | Brian F. Webster | Meet with counsel to discuss case; review documents provided by counsel | 6.50 |
| 05/05/2017 | Joseph J. Patrick | Update meeting with counsel; discuss tax issues with Brian Webster and Ryan Bianco | 1.00 |
| 05/05/2017 | Thomas D. Pratt | Discuss issues regarding ▇▇ ▇▇▇▇ with Brian Webster | 0.50 |
| 05/05/2017 | Brian F. Webster | Review documents provided by counsel; compare and analyze ▇▇▇▇; conference call with counsel; discuss case issues with Tom Pratt and Ryan Bianco | 7.50 |
| 05/05/2017 | Ryan Bianco | ▇▇▇▇ review and meeting with Brian Webster and Joe Patrick; discussion with Jeff Wlahofsky | 1.50 |
| 05/05/2017 | Ross A. Kelchner | ▇▇▇▇▇▇ | 1.00 |

Exhibit 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/08/2017 | Jeffrey A. Wlahofsky | Review ███████; review preparation ███ preparation ███ conference call with counsel; conference call with Joe Patrick and Brian Webster | 4.20 |
| 05/08/2017 | Joseph J. Patrick | Various issues with respect to ███, including conference call with VSSP and Jeff Wlahofsky | 3.00 |
| 05/08/2017 | Brian F. Webster | Discuss ███; review and analyze GFH financial data | 8.50 |
| 05/08/2017 | Ryan Bianco | Prepare ███ and related research | 3.75 |
| 05/09/2017 | Jeffrey A. Wlahofsky | Conference call with Joe Patrick and Brian Webster with respect to ███ | 0.80 |
| 05/09/2017 | Jeffrey A. Wlahofsky | Matter regarding May 2017 distribution and related computations and emails | 0.50 |
| 05/09/2017 | Joseph J. Patrick | Working on financial and tax issues related to project; conference call with Jeff Wlahofsky | 8.00 |
| 05/09/2017 | Brian F. Webster | Meet with counsel, prepare for deposition of GFH COO; discuss ███ with Joe Patrick and Jeff Wlahofsky; review and analyze GFH financial data | 8.00 |
| 05/09/2017 | Ryan Bianco | Address ███ | 0.25 |
| 05/10/2017 | Joseph J. Patrick | Financial analysis and prepare for deposition | 4.00 |
| 05/10/2017 | Brian F. Webster | In Columbus, prepare deposition outline for GFH COO; review and analyze financial data and prepare summary schedules | 6.50 |

Exhibit 2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/11/2017 | Jeffrey A. Wlahofsky | Review ▮▮▮, discussion with Joe Patrick and Brian Webster; update ▮▮▮ | 1.30 |
| 05/11/2017 | Joseph J. Patrick | Continued analysis of GFH; discuss ▮▮▮ with Jeff Wlahofsky; discuss summary of conclusions with Brian Webster | 6.00 |
| 05/11/2017 | Thomas D. Pratt | Discuss case and report issues with Brian Webster | 1.00 |
| 05/11/2017 | Brian F. Webster | Discuss summary of conclusions with Joe Patrick; begin preparing summary; discuss case issues with Tom Pratt and tax issues with Jeff Wlahofsky | 9.00 |
| 05/11/2017 | Ryan Bianco | Update ▮▮▮ matters, including research ▮▮▮ | 2.50 |
| 05/11/2017 | Jennifer L. Closser | Assist in analysis of GFH investigation | 1.50 |
| 05/12/2017 | Jeffrey A. Wlahofsky | Update ▮▮▮; conference calls with Joe Patrick relating to depositions and related questions and inquiries | 1.60 |
| 05/12/2017 | Joseph J. Patrick | DeVary deposition and preparing summary report | 2.00 |
| 05/12/2017 | Joseph J. Patrick | DeVary deposition and preparing summary report; discuss deposition ▮▮▮ with Jeff Wlahofsky and Ryan Bianco | 6.00 |
| 05/12/2017 | Thomas D. Pratt | Review and edit draft summary of opinions | 1.50 |
| 05/12/2017 | Brian F. Webster | Listen to deposition of GFH COO; prepare and revise draft of summary of conclusions and exhibits; review ▮▮▮ | 10.00 |
| 05/12/2017 | Ryan Bianco | Prepare ▮▮▮ and meetings with Joe Patrick, Jeff Wlahofsky and Brian Webster | 3.00 |
| 05/13/2017 | Joseph J. Patrick | Preparation for deposition and hearing | 3.00 |
| 05/13/2017 | Brian F. Webster | Finalize summary of conclusions and exhibits; conference call with counsel | 3.00 |
| 05/14/2017 | Joseph J. Patrick | Preparation for deposition and hearing | 5.00 |

Exhibit 2

Vorys, Sater, Seymour and Pease LLP  
*Invoice No.*   A015505                                                                                                 *Page* 4

| | | | | |
|---|---|---|---|---|
| 05/15/2017 | Joseph J. Patrick | Testifying and attending the hearing | 7.00 | |
| 05/15/2017 | Brian F. Webster | Attend hearing in federal court | 5.50 | |
| | | | 138.40 | $57,207.50 |

| | |
|---|---|
| Less: Discount | ($11,441.50) |
| **Total Fees** | $45,766.00 |
| Total Expenses | $1,250.00 |
| **Amount Due This Invoice** | **$47,016.00** |

Exhibit 2



Schneider Downs & Co., Inc.
One PPG Place, Suite 1700
Pittsburgh, PA  15222-5416
(412)261-3644
http://www.schneiderdowns.com

Mr. John Kulewicz
Vorys, Sater, Seymour and Pease LLP
52 E Gay St
Columbus, OH  43215

Invoice No.    A018204
Date           08/09/2017
Client No.     44671

Payable within 10 days

Fee for services rendered through July 11, 2017 in connection with:

| Date | Staff | Description | Hours |
|---|---|---|---|
| 05/25/2017 | Jeffrey A. Wlahofsky | Conference call to discuss documents that may need to be reviewed | 1.10 |
| 05/25/2017 | Brian F. Webster | Internal team call; prepare information request | 2.00 |
| 05/26/2017 | Jeffrey A. Wlahofsky | Conference call with counsel regarding appeal | 0.60 |
| 05/26/2017 | Brian F. Webster | Call with counsel; review information request | 0.50 |
| 06/07/2017 | Ryan Bianco | Meeting | 0.25 |
| 06/12/2017 | Ryan Bianco | Research | 0.50 |
| 06/13/2017 | Ryan Bianco | Prepare email | 0.25 |
| 06/19/2017 | Brian F. Webster | Review | 0.50 |
| 06/25/2017 | Ryan Bianco | Calculation update | 0.50 |
| 06/26/2017 | Jeffrey A. Wlahofsky | Address matters relating to including: review note issues and discuss , preparation of various schedules , and pull supporting documents , | 5.30 |
| 06/26/2017 | Joseph J. Patrick | Review the Defense's expert report | 1.00 |
| 06/26/2017 | Brian F. Webster | Review and analyze other expert's report | 2.00 |

Exhibit 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/26/2017 | Ryan Bianco | Review of Global Fitness Expert report, Follow-up meetings and related discussions ███ ███ | 2.75 |
| 06/27/2017 | Jeffrey A. Wlahofsky | Address matters regarding ███ ███ including: internal conference call ███ ███, conference call ███ ███ ███, preparation of various schedules ███ ███ | 2.20 |
| 06/27/2017 | Joseph J. Patrick | Review and analyze ███ ███ | 2.00 |
| 06/27/2017 | Thomas D. Pratt | Review opposing expert report and discuss issues with internal team | 2.50 |
| 06/27/2017 | Brian F. Webster | Review and analyze other expert's report; internal call to discuss | 1.50 |
| 06/27/2017 | Kelly K. Simpson | Process ███ ███ ███, finalize and package for delivery | 0.50 |
| 06/28/2017 | Jeffrey A. Wlahofsky | Meeting with counsel and review of other expert's report | 4.25 |
| 06/28/2017 | Joseph J. Patrick | Meeting with counsel and review of other expert's report | 4.00 |
| 06/28/2017 | Ryan Bianco | Prepare ███ ███ | 0.50 |
| 06/30/2017 | Jeffrey A. Wlahofsky | Discussion with J. Patrick and counsel; research various items pertaining to June 28 meeting and related issues | 2.50 |
| 06/30/2017 | Joseph J. Patrick | Discuss various issues with internal team and counsel | 2.00 |
| 06/30/2017 | Ryan Bianco | Prepare ███ ███ ███, research ███ ███; internal calls and meetings | 5.75 |
| 07/03/2017 | Jeffrey A. Wlahofsky | Conference call with counsel; preparation of email relating to counsel inquiry | 0.80 |
| 07/03/2017 | Ryan Bianco | Prepare email response to counsel ███ ███ ███ | 0.50 |

Exhibit 2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/05/2017 | Jeffrey A. Wlahofsky | Attendance at M. Bober deposition | 4.00 |
| 07/05/2017 | Joseph J. Patrick | Prepare for M. Bober deposition | 4.00 |
| 07/05/2017 | Brian F. Webster | Prepare for and attend deposition of other expert; prepare for hearing | 5.00 |
| 07/06/2017 | Jeffrey A. Wlahofsky | Research and obtain supporting documents for ▮▮▮ meeting with counsel to prepare for appeals hearing | 4.20 |
| 07/06/2017 | Joseph J. Patrick | Meeting with counsel and preparation for hearing | 3.00 |
| 07/06/2017 | Brian F. Webster | Prepare for hearing; meet with counsel | 7.50 |
| 07/07/2017 | Jeffrey A. Wlahofsky | Attend appeals hearing in Federal court | 4.50 |
| 07/07/2017 | Joseph J. Patrick | Attend appeals hearing in Federal court | 4.50 |
| 07/07/2017 | Brian F. Webster | Attend appeals hearing in Federal Court | 4.50 |
| 07/07/2017 | Ryan Bianco | J. Wlahofsky Trial update | 0.25 |
| 07/10/2017 | Jeffrey A. Wlahofsky | Assistance with rebuttal to M. Bober Report including preparation ▮▮▮ | 2.70 |
| 07/10/2017 | Brian F. Webster | Prepare summary points regarding ▮▮▮ | 7.50 |
| 07/11/2017 | Joseph J. Patrick | Review of bullet point report and conference calls to prepare for review by counsel | 2.00 |
| 07/11/2017 | Thomas D. Pratt | Review and edit draft summary of points and issues related to opposing expert report and discuss with engagement team | 4.00 |
| 07/11/2017 | Brian F. Webster | Review and revise summary points to ▮▮▮ | 6.00 |

|  |  |
|---|---:|
|  | 109.90    $47,409.00 |
| Less: Discount | ($9,482.00) |
|  | $37,927.00 |
| Total Fees | $37,927.00 |
| Total Expenses | $1,077.00 |
| **Amount Due This Invoice** | **$39,004.00** |

Exhibit 2