

Schneider Downs & Co., Inc.
One PPG Place, Suite 1700
Pittsburgh, PA 15222-5416
(412)261-3644
http://www.schneiderdowns.com

Vorys, Sater, Seymour and Pease LLP
c/o Mr. Thomas N. McCormick
52 E Gay St
Columbus, OH 43215

| | |
|---|---|
| Invoice No. | A015505 |
| Date | 05/17/2017 |
| Client No. | 44671 |
| Payable within 10 days | |

Fee for services rendered through May 17, 2017 in connection with:

| Date | Staff | Description | Hours |
|---|---|---|---|
| 05/04/2017 | Joseph J. Patrick | Meeting with counsel and beginning work on the project; discuss project with Tom Pratt | 3.00 |
| 05/04/2017 | Thomas D. Pratt | Review of 2012 tax return, draft engagement letter and discuss with Joe Patrick | 1.00 |
| 05/04/2017 | Brian F. Webster | Meet with counsel to discuss case; review documents provided by counsel | 6.50 |
| 05/05/2017 | Joseph J. Patrick | Update meeting with counsel; discuss tax issues with Brian Webster and Ryan Bianco | 1.00 |
| 05/05/2017 | Thomas D. Pratt | Discuss issues regarding GFH revenue and expenses with Brian Webster | 0.50 |
| 05/05/2017 | Brian F. Webster | Review documents provided by counsel; compare and analyze trial balances; conference call with counsel; discuss case issues with Tom Pratt and Ryan Bianco | 7.50 |
| 05/05/2017 | Ryan Bianco | Tax return review and meeting with Brian Webster and Joe Patrick; discussion with Jeff Wlahofsky | 1.50 |
| 05/05/2017 | Ross A. Kelchner | Input 2012 tax calculations for GFH partners | 1.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/08/2017 | Jeffrey A. Wlahofsky | Review of 2012, 2013, 2014, 2015 and 2016 federal income tax returns; review of second and third operating agreements; preparation of cash disbursements for 2012 through 2016; preparation of partners tax liability based on highest rate in accordance with partnership agreement for the 2012, 2013 and 2014 tax years; conference call with counsel; conference call with Joe Patrick and Brian Webster | 4.20 |
| 05/08/2017 | Joseph J. Patrick | Various issues with respect to GFH tax and cash, including conference call with VSSP and Jeff Wlahofsky | 3.00 |
| 05/08/2017 | Brian F. Webster | Discuss GFH tax matters with tax personnel; review and analyze GFH financial data | 8.50 |
| 05/08/2017 | Ryan Bianco | Prepare tax calculation for 2012 - 2014 spreadsheet and related research | 3.75 |
| 05/09/2017 | Jeffrey A. Wlahofsky | Conference call with Joe Patrick and Brian Webster with respect to cash distributions and associated tax liabilities, including various follow-up items | 0.80 |
| 05/09/2017 | Jeffrey A. Wlahofsky | Matter regarding May 2017 distribution and related computations and emails | 0.50 |
| 05/09/2017 | Joseph J. Patrick | Working on financial and tax issues related to project; conference call with Jeff Wlahofsky | 8.00 |
| 05/09/2017 | Brian F. Webster | Meet with counsel, prepare for deposition of GFH COO; discuss GFH tax matters with Joe Patrick and Jeff Wlahofsky; review and analyze GFH financial data | 8.00 |
| 05/09/2017 | Ryan Bianco | Address tax summary spreadsheet question | 0.25 |
| 05/10/2017 | Joseph J. Patrick | Financial analysis and prepare for deposition | 4.00 |
| 05/10/2017 | Brian F. Webster | In Columbus, prepare deposition outline for GFH COO; review and analyze financial data and prepare summary schedules | 6.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/11/2017 | Jeffrey A. Wlahofsky | Review of tax schedules, discussion with Joe Patrick and Brian Webster; update of tax schedules | 1.30 |
| 05/11/2017 | Joseph J. Patrick | Continued analysis of GFH; discuss tax issues with Jeff Wlahofsky; discuss summary of conclusions with Brian Webster | 6.00 |
| 05/11/2017 | Thomas D. Pratt | Discuss case and report issues with Brian Webster | 1.00 |
| 05/11/2017 | Brian F. Webster | Discuss summary of conclusions with Joe Patrick; begin preparing summary; discuss case issues with Tom Pratt and tax issues with Jeff Wlahofsky | 9.00 |
| 05/11/2017 | Ryan Bianco | Update tax summary schedule matters, including research on carryback and adding states | 2.50 |
| 05/11/2017 | Jennifer L. Closser | Assist in analysis of GFH investigation | 1.50 |
| 05/12/2017 | Jeffrey A. Wlahofsky | Update to tax schedule; conference calls with Joe Patrick relating to depositions and related questions and inquiries | 1.60 |
| 05/12/2017 | Joseph J. Patrick | DeVary deposition and preparing summary report | 2.00 |
| 05/12/2017 | Joseph J. Patrick | DeVary deposition and preparing summary report; discuss deposition and tax issues with Jeff Wlahofsky and Ryan Bianco | 6.00 |
| 05/12/2017 | Thomas D. Pratt | Review and edit draft summary of opinions | 1.50 |
| 05/12/2017 | Brian F. Webster | Listen to deposition of GFH COO; prepare and revise draft of summary of conclusions and exhibits; review tax calculations with tax personnel | 10.00 |
| 05/12/2017 | Ryan Bianco | Prepare 2011 tax calculations, tax impact summary and meetings with Joe Patrick, Jeff Wlahofsky and Brian Webster | 3.00 |
| 05/13/2017 | Joseph J. Patrick | Preparation for deposition and hearing | 3.00 |
| 05/13/2017 | Brian F. Webster | Finalize summary of conclusions and exhibits; conference call with counsel | 3.00 |
| 05/14/2017 | Joseph J. Patrick | Preparation for deposition and hearing | 5.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/15/2017 | Joseph J. Patrick | Testifying and attending the hearing | 7.00 | |
| 05/15/2017 | Brian F. Webster | Attend hearing in federal court | 5.50 | |
| | | | 138.40 | $57,207.50 |

| | |
|---|---|
| Less: Discount | ($11,441.50) |
| Total Fees | $45,766.00 |
| Total Expenses | $1,250.00 |
| **Amount Due This Invoice** | **$47,016.00** |