

Schneider Downs & Co., Inc.
One PPG Place, Suite 1700
Pittsburgh, PA  15222-5416
(412)261-3644
http://www.schneiderdowns.com

Mr. John Kulewicz
Vorys, Sater, Seymour and Pease LLP
52 E Gay St
Columbus, OH  43215

Invoice No.   A018204
Date          08/09/2017
Client No.    44671
Payable within 10 days

Fee for services rendered through July 11, 2017 in connection with:

| Date | Staff | Description | Hours |
|---|---|---|---|
| 05/25/2017 | Jeffrey A. Wlahofsky | Conference call to discuss documents that may need to be reviewed | 1.10 |
| 05/25/2017 | Brian F. Webster | Internal team call; prepare information request | 2.00 |
| 05/26/2017 | Jeffrey A. Wlahofsky | Conference call with counsel regarding appeal | 0.60 |
| 05/26/2017 | Brian F. Webster | Call with counsel; review information request | 0.50 |
| 06/07/2017 | Ryan Bianco | Meeting with J. Wlahofsky regarding CA update | 0.25 |
| 06/12/2017 | Ryan Bianco | Research California tax rates and return matters | 0.50 |
| 06/13/2017 | Ryan Bianco | Prepare email to B. Webster regarding California tax rates and returns | 0.25 |
| 06/19/2017 | Brian F. Webster | Review tax returns and financial documents regarding owners | 0.50 |
| 06/25/2017 | Ryan Bianco | Calculation update for California tax rates for Paul Realty | 0.50 |
| 06/26/2017 | Jeffrey A. Wlahofsky | Address matters relating to Bober Report including: review of report, note issues in report and discuss with internal team, preparation of various schedules detailing incorrect conclusions in report, planning matters, and pull supporting documents including tax returns, operating agreement, financial statements, etc . | 5.30 |
| 06/26/2017 | Joseph J. Patrick | Review the Defense's expert report | 1.00 |
| 06/26/2017 | Brian F. Webster | Review and analyze other expert's report | 2.00 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/26/2017 | Ryan Bianco | Review of Global Fitness Expert report, Follow-up meetings and related discussions with J. Wlahofsky | 2.75 |
| 06/27/2017 | Jeffrey A. Wlahofsky | Address matters regarding Bober report including: internal conference call to review notes, conference call with counsel regarding appeal and request of new document, preparation of various schedules and items for upcoming meeting | 2.20 |
| 06/27/2017 | Joseph J. Patrick | Review and analyze M. Bober report | 2.00 |
| 06/27/2017 | Thomas D. Pratt | Review opposing expert report and discuss issues with internal team | 2.50 |
| 06/27/2017 | Brian F. Webster | Review and analyze other expert's report; internal call to discuss | 1.50 |
| 06/27/2017 | Kelly K. Simpson | Process AFR Memo for J. Wlahofsky, finalize and package for delivery | 0.50 |
| 06/28/2017 | Jeffrey A. Wlahofsky | Meeting with counsel and review of other expert's report | 4.25 |
| 06/28/2017 | Joseph J. Patrick | Meeting with counsel and review of other expert's report | 4.00 |
| 06/28/2017 | Ryan Bianco | Prepare tax distribution comparison | 0.50 |
| 06/30/2017 | Jeffrey A. Wlahofsky | Discussion with J. Patrick and counsel; research various items pertaining to June 28 meeting and related issues | 2.50 |
| 06/30/2017 | Joseph J. Patrick | Discuss various issues with internal team and counsel | 2.00 |
| 06/30/2017 | Ryan Bianco | Prepare tax capital account analysis, tax distribution analysis and M. Bober Report analysis, research marginal tax rate; internal calls and meetings | 5.75 |
| 07/03/2017 | Jeffrey A. Wlahofsky | Conference call with counsel; preparation of email relating to counsel inquiry | 0.80 |
| 07/03/2017 | Ryan Bianco | Prepare email response to counsel regarding language in the operating agreement regarding distribution | 0.50 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/05/2017 | Jeffrey A. Wlahofsky | Attendance at M. Bober deposition | 4.00 |
| 07/05/2017 | Joseph J. Patrick | Prepare for M. Bober deposition | 4.00 |
| 07/05/2017 | Brian F. Webster | Prepare for and attend deposition of other expert; prepare for hearing | 5.00 |
| 07/06/2017 | Jeffrey A. Wlahofsky | Research and obtain supporting documents for section 1231 gain and related items for appeals hearing; meeting with counsel to prepare for appeals hearing | 4.20 |
| 07/06/2017 | Joseph J. Patrick | Meeting with counsel and preparation for hearing | 3.00 |
| 07/06/2017 | Brian F. Webster | Prepare for hearing; meet with counsel | 7.50 |
| 07/07/2017 | Jeffrey A. Wlahofsky | Attend appeals hearing in Federal court | 4.50 |
| 07/07/2017 | Joseph J. Patrick | Attend appeals hearing in Federal court | 4.50 |
| 07/07/2017 | Brian F. Webster | Attend appeals hearing in Federal Court | 4.50 |
| 07/07/2017 | Ryan Bianco | J. Wlahofsky Trial update | 0.25 |
| 07/10/2017 | Jeffrey A. Wlahofsky | Assistance with rebuttal to M. Bober Report including preparation of tax reduction for each item detailed in Bober report along with related edits | 2.70 |
| 07/10/2017 | Brian F. Webster | Prepare summary points regarding M. Bober Report | 7.50 |
| 07/11/2017 | Joseph J. Patrick | Review of bullet point report and conference calls to prepare for review by counsel | 2.00 |
| 07/11/2017 | Thomas D. Pratt | Review and edit draft summary of points and issues related to opposing expert report and discuss with engagement team | 4.00 |
| 07/11/2017 | Brian F. Webster | Review and revise summary points to M. Bober Report | 6.00 |

|  |  |
|---|---|
|  | 109.90  $47,409.00 |
| Less: Discount | ($9,482.00) |
|  | $37,927.00 |
| Total Fees | $37,927.00 |
| Total Expenses | $1,077.00 |
| **Amount Due This Invoice** | **$39,004.00** |