UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMBER GASCHO, et al.,

Plaintiffs,

v.

GLOBAL FITNESS HOLDINGS, LLC, et al.,

Defendants.

Case No. 2:11-CV-436
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly Jolson

## OPINION AND ORDER

On March 2, 2018, Plaintiffs' law firms and a third petitioner (VeBridge Holdings, Inc.) filed a Chapter 7 involuntary bankruptcy petition ("Involuntary Petition") pursuant to the provisions of Section 303 of Title 11 of the United States Code against Global Fitness Holdings, LLC in the United States Bankruptcy Court for the Eastern District of Kentucky. (ECF No. 305.) All of the Parties and Interested Parties before this Court agree that based upon the Involuntary Petition, the automatic stay provisions of 11 U.S.C. § 362(a) have become operative. (ECF No. 306–309.) The Defendant and Interested Parties, therefore, move unopposed for all further action in this Court to be stayed (ECF No. 306, 307), which is hereby **GRANTED**. Accordingly, the Court **STAYS** all further activity in this case. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case. The parties are **DIRECTED** to inform this Court forthwith if the automatic stay should be lifted.

**IT IS SO ORDERED.**

3-9-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE