# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

AMBER GASCHO, et al.
On behalf of themselves and all
others similarly situated

         **Plaintiffs**

v.

GLOBAL FITNESS HOLDINGS, LLC,

         **Defendant.**

Case No. 2:11-cv-436
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE KIMBERLY A. JOLSON**

## AGREED ORDER

Pursuant to the attached Order of the United States Bankruptcy Court for the Eastern District of Kentucky, and based upon agreement of the parties, and the Court being advised, it is hereby:

Ordered that Global Fitness Holdings, LLC, is authorized to disburse Twenty-Five Thousand and 00/100 Dollars ($25,000.00) to Delcotto Law Group PLLC for defending Global Fitness Holdings, LLC in the matter IN RE Global Fitness Holdings, LLC, Case No. 18-50340, pending before the United States Bankruptcy Court for the Eastern District of Kentucky.

**IT IS SO ORDERED.**

_5-4-2018_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ Thomas McCormick
John J. Kulewicz (0008376)
Thomas N. McCormick (0075496)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008
Telephone:  (614) 464-5634

And

Mark Landes (0027227)
Gregory M. Travalio (0000855)
Mark H. Troutman (0076390)
ISAAC WILES BURKHOLDER & TEETOR, LLC
Two Miranova Place, Suite 700
Columbus, OH 43215
Telephone:  (614) 221-2121
**CLASS COUNSEL**

**DICKINSON WRIGHT PLLC**

/s/ David A. Owen
David A. Owen, Esq.
Kentucky Bar ID:82150
Logan J. Mayfield, Esq.
Kentucky Bar ID: 97287
300 West Vine Street, Suite 1700
Lexington, KY  40507
Telephone:  (859) 899-8730
Facsimile:  (844) 670-6009
**COUNSEL TO GLOBAL FITNESS HOLDINGS, LLC**